tioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Howard T. Jones, A. W. Gregg,* and *Edward H. Horton* for the United States.

No. 502. NEW YORK LIFE INSURANCE COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James H. McIntosh* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Howard T. Jones, A. W. Gregg,* and *Edward H. Horton* for the United States.

No. 505. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STANDARD OIL COMPANY OF NEW JERSEY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas W. Davis, F. W. Gwathmey, James F. Wright,* and *Murray Allen* for petitioner. *Messrs. Charles McH. Howard* and *George H. Tower* for respondent.

No. 506. SEABOARD AIR LINE RAILWAY COMPANY *v.* STANDARD OIL COMPANY OF NEW JERSEY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Murray Allen, F. W. Gwathmey, Thomas W. Davis,* and *James F. Wright* for petitioner. *Messrs. Charles McH. Howard* and *George H. Tower* for respondent.

No. 508. STATE BANK *v.* PHILIP APPLEBAUM. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Archibald Palmer* and *Max L. Rosenstein* for petitioner. No appearance for respondent.